UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CYNTHIA EDWARDS,<br><br>   Plaintiff,<br><br>v.<br><br>SCRIPPS MEDIA, INC., *et al.*,<br><br>   Defendants. | CASE NO. 1:23-CV-01133-PAG<br><br>JUDGE PATRICIA A. GAUGHAN<br><br>STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE |

SO ORDERED.
/s/ Patricia A. Gaughan
1/31/24

  Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Cynthia Edwards and Defendants Scripps Media, Inc., *et al.*, stipulate and agree that the above-captioned action shall be dismissed with prejudice, with each party to bear its own costs, attorneys' fees, and expenses.

DATE: January 30, 2024           Respectfully submitted,

MENDENHALL LAW GROUP        BAKER & HOSTETLER LLP

/s/ Warner Mendenhall
Warner Mendenhall (OH 0070165)
Brian Unger (OH 0096884)
190 North Union St., Suite 201
Akron, OH 44304
Telephone: (330) 535-9160
Facsimile: (330) 762-9743
warner@warnermendenhall.com
brian@warnermendenhall.com

*Counsel for Plaintiff*

/s/ M. Scott McIntyre
M. Scott McIntyre (OH 0075298)
Sean P. Ryan (OH 0094085)
312 Walnut Street, Suite 3200
Cincinnati, OH 45202
Telephone: (513) 852-2622
Facsimile: (513) 929-0303
smcintyre@bakerlaw.com
spryan@bakerlaw.com

Carrie Valdez (OH 0094004)
Key Tower
127 Public Square, Suite 2000
Cleveland, OH 44114
Telephone: (216) 621-0200
Facsimile: (216) 696-0740
cvaldez@bakerlaw.com

*Counsel for Defendants*